THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TERRY LEE, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HICKERSON, Appellant, v. J. LELAND CASSCLES, as Warden of Sing Sing Prison, Respondent.—

Christ, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.